1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ROBERT J. BIR,                        )   NO. CV 07-3978-E
                                          )
12                        Plaintiff,      )
                                          )
13          v.                            )   JUDGMENT
                                          )
14  MICHAEL J. ASTRUE, COMMISSIONER       )
    OF SOCIAL SECURITY ADMINISTRATION,    )
15                                        )
                          Defendant.      )
16  _____)

17

18          IT IS HEREBY ADJUDGED that Defendant's Motion for Summary

19  Judgment is granted and Judgment is entered in favor of Defendant.

20

21          DATED: January 7, 2008.

22

23

24                          _____/S/_____
                                      CHARLES F. EICK
25                          UNITED STATES MAGISTRATE JUDGE

26

27

28